IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

|  |  |  |
|---|---|---|
| Rachel Stewart, | ) | Case No.  3:16-CV-1601-TLW |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **DISMISSAL OF DEFENDANT** |
|  | ) | **CRAWFORD & COMPANY** |
| Property & Casualty Insurance Company of Hartford, Crawford & Company, Palmetto Design and Renovation Contractors, LLC, | ) ) ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

The Plaintiff, Rachel Stewart, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with consent of Defendants, hereby dismisses Defendant Crawford & Company without prejudice.  The remaining Defendants are unaffected by this dismissal.

Respectfully submitted,

GOODWYN LAW FIRM, LLC


  /T. Jeff Goodwyn, Jr.
T. Jeff Goodwyn, Jr., Esquire
Christopher J. Archer, Esquire
2519 Devine Street, Suite A
Columbia, South Carolina 29205
(803) 251-4517
(803) 251-4527 (f)
JGoodwyn@Goodwynlaw.com

December 28, 2016
Columbia, South Carolina

1

WE SO CONSENT:

s/*Amy H. Geddes (w/Permission)*
H. Geddes
Nexsen Pruet, LLC
P.O. Drawer 2426
Columbia, SC 29202
(803) 771-8900
Attorney for Defendant Property &
Casualty Insurance Company of Hartford

s/*Robert M. Peele, III(w/Permission)*Amy
Robert M. Peele, III
Murphy & Grantland
P.O. Box 6648
Columbia, SC 29260
(803) 782-4100
Attorney for Defendants Crawford &
Company and Palmetto Design and
Renovation Contractors, LLC

s/*Toby G. Ward, Jr. (w/Permission)*
Toby G. Ward, Jr.
Toby G. Ward, Jr., PA
P.O. Box 6138
Columbia, SC 29260
(803) 708-4200
Attorney for Defendant Palmetto Design
and Renovation Contractors, LLC