IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Rachel Stewart,<br><br>   Plaintiff,<br><br>vs.<br><br>Property & Casualty Insurance Company of Hartford, and Palmetto Design and Renovation Contractors, LLC,<br><br>   Defendants.<br><br>―――――――――――――――――――<br><br>Palmetto Design and Renovation Contractors, LLC,<br><br>   Counterclaimant,<br><br>vs.<br><br>Rachel Stewart,<br><br>   Counter Defendant. | Case No. 3:16-cv-1601-TLW<br><br><br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned action be, and the same hereby is, dismissed and forever ended with prejudice. The parties agree and stipulate that this dismissal with prejudice shall apply to and finally dispose of all claims and counterclaims which were or could have been asserted in the above-captioned action, with each party to bear their own respective costs.

[SIGNATURES ON FOLLOWING PAGE]

WE SO STIPUATE:

s/ Thomas J. Goodwyn, Jr.
Thomas J. Goodwyn, Jr., Fed ID No. 9890
jgoodwyn@goodwynlaw.com
Goodwyn Law Firm
2519 Devine Street, Suite A
Columbia, SC 29205
T: 803-251-4517

*Attorneys for Plaintiff and Counter Defendant Rachel Stewart*

s/ Amy H. Geddes
Amy H. Geddes, Fed ID No. 8065
ageddes@nexsenpruet.com
Nexsen Pruet, LLC
1230 Main Street, Suite 700
Post Office Drawer 2426
Columbia, SC 29202
T: 803-253-8280
F: 803-253-8277

*Attorneys for Defendant Property & Casualty Insurance Company of Hartford*

s/ Robert M. Peele
Robert M. Peele, Fed ID No. 11373
rpeele@murphygrantland.com
Murphy and Grantland, P.A.
Post Office Box 6648
Columbia, SC 29260
T: 803-782-4100
F: 803-782-4140

*Attorneys for Defendant Palmetto Design and Renovation Contractors, LLC*

s/ Tobias Gavin Ward, Jr.
Tobias Gavin Ward, Jr., Fed ID No. 4520
tw@tobywardlaw.com
Tobias G. Ward Jr Law Firm
Post Office Box 50124
Columbia, SC 29250
T: 803-708-4200
F: 803-403-8754

*Attorneys for Counterclaimant Palmetto Design and Renovation Contractors, LLC*